1  LaMont Carl Chappell
2  PO Box 1411
3  Morgan Hill, CA 95037

ADR

E-FILING

FILED
JUN 07 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HRL

| | |
|---|---|
| LaMont Carl Chappell | |
| Plaintiff, | **CV 16 3101** |
| vs. | CASE NO. _____ |
| Apple Computer Incorporated | EMPLOYMENT DISCRIMINATION COMPLAINT |
| Defendant(s). | |

1. Plaintiff resides at:

   Address  PO Box 1411

   City, State & Zip Code  Morgan Hill, CA 95037

   Phone  408 203-6149

2. Defendant is located at:

   Address  1 Infinite Loop M/S 36-TX

   City, State & Zip Code  Cupertino, CA  95014

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a.  **X**  Failure to employ me.

   b.  ___  Termination of my employment.

Form-Intake 2 (Rev. 4/05)                     - 1 -

1  c. __ Failure to promote me.
2  d. __ Other acts as specified below.
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____

9  5. Defendant's conduct is discriminatory with respect to the following:
10  a. X My race or color.
11  b. __ My religion.
12  c. __ My sex.
13  d. __ My national origin.
14  e. __ Other as specified below.
15  _____

16  6. The basic facts surrounding my claim of discrimination are:
17  I interviewed for positions in Apple Computer's Operations division in August and September
18  of 2010. The interviews were initiated by Apple vice president Jae Allen. Based on Jae's
19  request, I was interviewed by Walter Freeman and subsequently denied employment, even
20  though my qualifications and experience were superior to Walter Freeman. After denial, I
21  went back to Jae Allen and asked that my consulting company (Chappell Consulting), be
22  considered for a minority supplier contract with Apple Computer. Jae Allen, to my surprise
23  directed me back to Walter Freeman. Walter's response was "didn't I tell you we were not
24  interested". Apple Computer employed a Jim Crow system for black companies and applicants.

25  7. The alleged discrimination occurred on or about  August 2010                .
26                                                          (DATE)
27  8. I filed charges with the Federal Equal Employment Opportunity Commission (or the
28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

1  discriminatory conduct on or about  August 2011.

(DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about  March 10, 2016             .

(DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes  X       No ____

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED:  June 7, 2016                    _____
                                        SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        LaMont Carl Chappell
IS NOT REQUIRED.)                 PLAINTIFF'S NAME
                                  (Printed or Typed)

Form-Intake 2 (Rev. 4/13)                - 3 -



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## San Jose Local Office

96 North 3rd Street, Suite 250
San Jose, CA 95112
San Jose Status Line: (408) 291-7282
TTY (408) 291-7374
FAX (408) 291-4539

Lamont C. Chappell
1355 James Court
Morgan Hill, CA 95037

RE: Chappell v. APPLE, INC.
EEOC Charge Number: 556-2011-00622C

Under the direction and review of office management, and in specific keeping with the Commission's Priority Charge Handling Procedures (PCHP), our staff has assessed and identified cases in our office's inventory that, for a variety of reasons, we have determined are unlikely to result in a finding of discrimination.

Based on a review of the evidence gathered thus far, your charge will be dismissed and not pursued further by the Equal Employment Opportunity Commission (EEOC). This does not certify that the Respondent is in compliance with the statutes enforced by the EEOC. Attached is EEOC Form 161 (Dismissal and Notice of Rights) dismissing your charge and informing you of your right to proceed with this matter in court. You must file your lawsuit within 90 days of receipt of the Dismissal and Notice of Rights or your right to file a lawsuit in this matter will be lost, and cannot be restored by the EEOC.

In the event that you wish to request reconsideration of this dismissal, the PCHP outlines both the process and the criteria for such a request. This office will reconsider a dismissal (upon receipt of a written request for reconsideration directed to the Director of the San Jose Local Office) when one of the following standards has been met:

- Proof of misconduct by an agency official which may have affected the outcome;
- Provision of substantial new and material evidence that was not previously considered and which may have affected the outcome; or
- Provision of evidence which reflects that an error was made in the interpretation of the applicable law(s) which may have affected the outcome.

It is important to note that a request for reconsideration does not extend or eliminate the statutory 90-day period for pursuing this matter in court. The 90-day period will cease to operate **only if** the EEOC grants the request for reconsideration before the 90-day period expires. If you have any further questions, please contact me at Terrie.Brodie@eeoc.gov.

Sincerely,

*(signature)*

Terrie Brodie
Acting Director, San Jose Local Office

MAR - 3 2016

Encl.

JS 44 (Rev. 12/12)
Cand rev (1/15/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
LaMont Carl Chappell
PO Box 1411
Morgan Hill, CA 95037

### DEFENDANTS
Apple Computer Incoporated

**(b)** County of Residence of First Listed Plaintiff   Santa Clara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Santa Clara
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Littler Mendelson, P.C
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303

ADR   E-FILING   HRL   CV 16 3101

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | [X] 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964
Brief description of cause:
Discrimination based on race and age

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 89,643,331
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

### IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*
( ) SAN FRANCISCO/OAKLAND   ( ) SAN JOSE   ( ) EUREKA

DATE: June 7, 2016
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611016281
Cashier ID: waltonb
Transaction Date: 06/07/2016
Payer Name: LaMont Carl Chappell

CIVIL FILING FEE
  For: LaMont Carl Chappell
  Case/Party: D-CAN-5-16-CV-003101-001
  Amount:          $400.00

CASH
  Amt Tendered:   $400.00

Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

HRL

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```